## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

| | |
|---|---|
| CHARLES TASHJIAN, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION ) NO. 4:19-cv-11164-TSH ) |
| v. | ) ) |
| CVS PHARMACY, INC.; CVS HEALTH CORPORATION; and CVS CAREMARK INC., | ) ) ) ) |
| Defendants. | ) ) |

### **DEFENDANT'S NOTICE OF SETTLEMENT**

CVS Pharmacy, Inc. respectfully notifies the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing a formal written settlement agreement. The parties intend to file a stipulation of dismissal pursuant to the settlement agreement once it is finalized and executed, but no later than 28 days from the date of this Notice, as required by Local Rule 68.2.

Defendant is filing this Notice with Plaintiff's approval and permission.

Dated: May 8, 2020

                                              Respectfully submitted,

/s/ *Joshua N. Ruby*
ALSTON & BIRD LLP
David Carpenter (admitted *pro hac vice*)
*David.carpenter@alston.com*
Kathryn C. Klorfein (admitted *pro hac vice*)
*Kathryn.klorfein@alston.com*
1201 West Peachtree Street
Atlanta, GA 30309
Tel.: 404-881-7000
Fax: 404-881-7777

DONNELLY, CONROY & GELHAAR, LLP
T. Christopher Donnelly (BBO #129930)
*tcd@dcglaw.com*
Joshua N. Ruby (BBO #679113)
*jnr@dcglaw.com*
260 Franklin St., Suite 1600
Boston, MA 02110
Tel.: (617) 720-2880
Fax: (617) 720-3554

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 8, 2020.

                                              /s/ *Joshua N. Ruby*
                                              Joshua N. Ruby